# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DITECH FINANCIAL LLC,<br>　　Plaintiff(s),<br>v.<br>HAMPTON & HAMPTON COLLECTIONS LLC, et al.,<br>　　Defendant(s). | Case No.: 2:19-cv-00118-JCM-NJK<br><br>**Order** |

Each non-governmental party is required to file a certificate of interested parties concurrently with its first appearance in a case. Fed. R. Civ. P. 7.1(b)(1); Local Rule 7.1-1(c) (amended effective May 1, 2016). Plaintiff failed to file a certificate of interested parties. Accordingly, Plaintiff must file a certificate of interested parties no later than January 30, 2019.

IT IS SO ORDERED.

Dated: January 23, 2019

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1