**TYSON & MENDES LLP**
THOMAS E. MCGRATH
Nevada Bar No. 7086
Email: tmcgrath@tysonmendes.com
MARGARET E. SCHMIDT
Nevada Bar No. 12489
Email: mschmidt@tysonmendes.com
3960 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 724-2648
Fax: (702) 938-1048
*Attorneys for Defendant*
*Vista Grande Homeowner's Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DITECH FINANCIAL LLC,<br><br>Plaintiff,<br><br>vs.<br><br>HAMPTON & HAMPTON COLLECTIONS LLC; VISTA GRANDE HOMEOWNER'S ASSOCIATION; SATICOY BAY SERIES LLC 256 CAMINO VIEJO,<br><br>Defendants. | Case No. 2:19-CV-00118-JCM-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR VISTA GRANDE HOMEOWNER'S ASSOCIATION TO FILE A RESPONSIVE PLEADING TO DITECH FINANCIAL LLC fka GREEN TREE SERVICING LLC'S FIRST AMENDED COMPLAINT [ECF No. 6]**<br><br>**(First Request)** |

Defendant Vista Grande Homeowner's Association ("Vista Grande") and plaintiff Ditech Financial LLC, formerly known as Green Tree Servicing LLC ("Ditech"), by and through their undersigned counsels of record, hereby stipulate and agree that Vista Grande shall have up to and until April 26, 2019 to file a responsive pleading to Ditech's First Amended Complaint [ECF No. 6] filed on March 25, 2019, as follows:

1. Vista Grande was served with the First Amended Complaint on March 28, 2019.

2. The last day for Vista Grande to answer or otherwise respond to the First Amended Complaint is April 16, 2019.

3. Counsel for Vista Grande was recently retained and will need a brief extension of time to investigate the claims and prepare an appropriate response.

4. Therefore, subject to approval of the Court, the parties stipulate and agree that Vista Grande shall have up to and until April 26, 2019 to file a responsive pleading to Ditech's

1



1 | First Amended Complaint.

2 |     5.    This is Vista Grande's first request for an extension of time.

    6.    The parties respectfully submit that good cause exists for such extension and that this request is not brought for any improper purpose or for purposes of delay.

DATED this 17th day of April, 2019.　　　　　DATED this 17th day of April, 2019.

WOLFE & WYMAN, LLP　　　　　　　　　TYSON & MENDES LLP

/s/Daniella A. Kolkoski　　　　　　　　　　　/s/ Margaret E. Schmidt
DANIELLE A. KOLKOSKI　　　　　　　　　THOMAS E. MCGRATH
Nevada Bar No. 8506　　　　　　　　　　　Nevada Bar No. 7086
6757 Spencer Street　　　　　　　　　　　　MARGARET E. SCHMIDT
Las Vegas, Nevada 89119　　　　　　　　　Nevada Bar No. 12489
Tel: (702) 476-0100　　　　　　　　　　　3960 Howard Hughes Parkway, Suite 600
*Attorneys for Plaintiff*　　　　　　　　　　Las Vegas, Nevada 89169
*Ditech Financial LLC*　　　　　　　　　　Tel: (702) 724-2648
　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Vista Grande*
　　　　　　　　　　　　　　　　　　　　*Homeowner's Association*

## ORDER

Based on the foregoing stipulation, and good cause appearing,

**IT IS HEREBY ORDERED** that defendant Vista Grande Homeowner's Association shall have up to and until April 26, 2019 to file a responsive pleading to plaintiff Ditech Financial LLC's First Amended Complaint [ECF No. 6].

**IT IS SO ORDERED.**

_____
UNITED STATES ~~DISTRICT OR~~ MAGISTRATE JUDGE

DATED: April 18, 2019